IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYMOND RODRIGUEZ,** <br> **Plaintiff** <br><br> v. <br><br> **LOYAL SOURCE GOVERNMENT SERVICES,** <br> **Defendant** | No. 3:22cv1362 <br><br> (Judge Munley) |

## ORDER

**AND NOW**, this 25th day of April 2024, for the reasons set forth the accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff Raymond Rodriguez's motion for leave to file an amended complaint (Doc. 30) is **GRANTED**;

2) Within the next seven (7) days, plaintiff shall file an amended complaint withdrawing the state law negligence claim and asserting the Section 1981 claim as attached to its motion to amend. (Id., ECF p. 6-17);

3) The court will also permit plaintiff to plead that his date of termination was May 7, 2021 or any additional facts supporting a termination date of May 13, 2021;

4) Defendant Loyal Source Government Services shall file an answer or responsive pleading within the timeframes established by the Federal Rules of Civil Procedure;

5) Defendant's motion for sanctions (Doc. 27) is **DENIED**; and

6) The following case management deadlines are reestablished:

   a. Fact discovery shall be completed by **June 21, 2024**;

   b. Plaintiff's experts reports are due by **June 21, 2024;**

   c. Dispositive motions shall be filed by **July 12, 2024**; and

   d. Defendant's expert reports are due by **July 22, 2024**;

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court