# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RAYMOND RODRIGUEZ,                    :        No. 3:22cv1362
           **Plaintiff**                 :
                            :        **(Judge Munley)**
      **v.**                                :
                            :
LOYAL SOURCE GOVERNMENT              :
SERVICES,                            :
           **Defendant**                :

## ORDER

**AND NOW**, this _____ day of March 2025, for the reasons set forth the accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant Loyal Source Government Services' motion for summary judgment (Doc. 40) is **GRANTED**;

2) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court